UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ANIKA WARNER** | **CASE NO.  2:18-CV-01435 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TALOS E R T  L L C ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion for Summary Judgment [doc. 91] be **GRANTED** and all claims against Diverse Safety & Scaffolding, LLC will be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of February, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**