UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANIKA WARNER, ET AL.,** | * | CIVIL NO.: 2:18-cv-01435-JDC-KK |
| | * | (LEAD) |
| | * | |
| **VERSUS** | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| | * | MAG. JUDGE KATHLEEN KAY |
| **TALOS ERT, LLC, ET AL.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' PROPOSED JURY VERDICT FORM

1. Do you find that Talos ERT, LLC was at fault for the incident in question and that its actions and/or omissions (in whole or part) caused Walter Jackson's injuries/death?

   Yes _____    No _____

   *Regardless of your answer, please proceed to Question 2.*

2. Do you find that DLS, LLC was at fault for the incident in question and that its actions and/or omissions (in whole or part) caused Walter Jackson's injuries/death?

   Yes _____    No _____

   *Regardless of your answer, please proceed to Question 3.*

3. Do you find that Talos ERT, LLC's relationship with DLS, LLC was that of an independent contractor?

   Yes _____    No _____

   *Regardless of your answer, please proceed to Question 4.*

4. Do you find that Talos ERT, LLC expressly or impliedly authorized DLS, LLC to perform an unsafe work practice that was a cause of Walter Jackson's injuries/death?

   Yes _____          No _____

*If you answered "No" to Question 1, AND you answered "Yes" to Question 3, AND you answered "No" to Question 4, please have the jury foreperson sign and date the verdict and return it to the Court. To be clear, <u>ALL</u> of these questions must have been answered as described here in order to proceed in this way.*

*If, however, you answered "Yes" to Question 1, OR you answered "No" to Question 3, OR you answered "Yes" to Question 4, please proceed to Question 5. To be clear, if <u>ANY</u> of these questions were answered as described here, you should proceed to Question 5.*

5. Please state the percentage of fault that you find attributable to Talos ERT, LLC, and/or DLS, LLC. (Note that the total of your percentages must be 100%.)

   | | |
   |---|---|
   | Talos ERT, LLC | _____ % |
   | DLS, LLC | _____ % |
   | TOTAL: | 100 % |

   *Proceed to Question 6.*

6. Please state the total amount that you feel is appropriate to fully compensate Ventrece Jackson, as the surviving spouse of Walter Jackson, for each element of her wrongful death damages:

| | |
|---|---|
| Loss of Financial Support | $_____ |
| Loss of Household Services | $_____ |
| Loss of Affection and Companionship | $_____ |
| Loss of Love | $_____ |
| Past Mental Anguish | $_____ |
| Future Mental Anguish | $_____ |

*Proceed to Question 7.*

7. Please state the total amount that you feel is appropriate to fully compensate Anika Warner, as the mother, guardian, and next friend of Walter Jackson's minor child, for each element of the child's wrongful death damages:

| | |
|---|---|
| Loss of Financial Support | $_____ |
| Loss of Household Services | $_____ |
| Loss of Affection and Companionship | $_____ |
| Loss of Love | $_____ |
| Past Mental Anguish | $_____ |
| Future Mental Anguish | $_____ |

*Please have the jury foreperson sign and date the verdict form on the next page and return it to the Court.*

_____
FOREPERSON

_____
DATE

Respectfully submitted,

| | |
|---|---|
| J. Kyle Findley (#34922)<br>kfindley@arnolditkin.com<br>John G. Grinnan (*Pro Hac Vice* granted)<br>jgrinnan@arnolditkin.com<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, TX 77007<br>Telephone: 713-222-3800<br>Facsimile: 713-222-3850<br>e-service@arnolditkin.com | /s/     Zachary P. McFarlane<br>Zachary P. McFarlane (#38832)<br>zmcfarlane@zehllaw.com<br>Michael E. Streich<br>mstreich@zehllaw.com<br>**ZEHL & ASSOCIATES, PC**<br>2700 Post Oak Blvd., Suite 1000<br>Houston, TX 77056<br>Telephone: 713.491.6064<br>Facsimile: 713.583.1492<br><br>**ATTORNEYS FOR VANTRECE JACKSON** |

-AND-

Michael Cox (# 22026)
mike.cox@coxcoxfilo.com
COX, COX, FILO, CAMEL & WILSON LLC
723 Broad Street
Lake Charles, LA 70601
Tel: 337.436.6611
Fax: 337.436.9541

**ATTORNEYS FOR ANIKA WARNER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 9th day of January, 2023 by e-filing it into the CM/ECF system, which will automatically deliver a copy to all counsel.

/s/     Zachary P. McFarlane