UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ANIKA WARNER | CASE NO. 2:18-CV-01435 LEAD |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| TALOS ERT LLC ET AL | MAGISTRATE JUDGE KAY |

<u>VERDICT FORM</u>

<u>Interrogatory No. 1:</u>

Do you find by a preponderance of the evidence that Talos was at fault or negligent in whole or in part for causing the accident that occurred on February 17, 2018?

**<u>Answer:</u>**

Yes ✓     No _____

If your answer to Interrogatory No. 1 is "no," answer no further questions, sign and date this form on the last page, and return it to the CSO. If your answer to Interrogatory No. 1 is "yes," proceed to Interrogatory No. 2.

<u>Interrogatory No. 2:</u>

Do you find by a preponderance of the evidence that the fault or negligence of Talos was a proximate cause of Walter Jackson's death?

**<u>Answer:</u>**

Yes ✓     No _____

If your answer to Interrogatory No. 2 is "no," answer no further questions, sign and date this form on the last page, and return it to the CSO. If your answer to Interrogatory No. 2 is "yes," proceed to Interrogatory No. 3.

**Interrogatory No. 3:**

Do you find by a preponderance of the evidence that Walter Jackson was at fault or negligent in whole or in part for the accident/death that occurred on February 17, 2018?

**Answer:**

Yes_____     No ✓\_\_\_\_\_

Please proceed to Interrogatory No. 4.

**Interrogatory No. 4:**

Do you find by a preponderance of the evidence that DLS was at fault or negligent in whole or in part the accident/death that occurred on February 17, 2018?

Yes ✓\_\_\_\_\_     No _____

Please proceed to Interrogatory No. 5.

**Interrogatory No. 5:**

What percentage of fault do you attribute to each of the following? Please note that the percentages must be together a full 100%.

| | |
|---|---|
| Talos ERT, LLC | **88** % |
| DLS, LLC | **12** % |
| Walter Jackson | **0** % |
| **Total** | **100%** |

Please proceed to Interrogatory No. 6 on the next page.

**Interrogatory No. 6:**

What sum of money, if paid now in cash, do you find by a preponderance by the evidence would fairly and reasonably compensate Plaintiff Anika Warner on behalf of her minor son Yanni Jackson for the damages, if any, that he incurred?

Answer in dollars and cents for the following items and none other:

| | |
|---|---|
| Loss of Past Financial Support | $ 40,000 |
| Loss of Future Financial Support to the age of 18 | $ 80,000 |
| Loss of Love, Affection, and Companionship | $ 10 million |
| Past mental anguish | $ 5 million |
| Future Mental Anguish | $ 5 million |

**Interrogatory No. 7:**

What sum of money, if paid now in cash, do you find by a preponderance by the evidence would fairly and reasonably compensate Plaintiff Vantrece Jackson, as surviving spouse of Walter Jackson, for the damages, if any, that she incurred?

Answer in dollars and cents for the following items and none other:

| | |
|---|---|
| Loss of Past Wages | $ 186,407.00 |
| Loss of Future Wages | $ 568,244.00 |
| Loss of Household Services | $ 233,257.00 |
| Loss of Love, Affection, and Companionship | $ 4 million |
| Past mental anguish | $ 1.5 million |
| Future Mental Anguish | $ 1.1 million |

**END OF INTERROGATORIES**

**JURY FOREPERSON,**

Please sign and date this form and return it to the bailiff.

Date: 2/2/23

Foreperson ██████████████

REDACTED