**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ANIKA WARNER, ET AL.,** | * | CIVIL NO.:  2:18-cv-01435-JDC-KK |
| | * | (LEAD) |
| | * | |
| **VERSUS** | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| | * | MAG. JUDGE KATHLEEN KAY |
| **TALOS ERT, LLC, ET AL.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FINAL JUDGMENT**

These consolidated actions were tried to a jury from January 20, 2023 through February 2, 2023. At the conclusion of trial, the jury found that Talos ERT, LLC was negligent, at fault for the death of Walter Jackson, and bore 88% fault for Mr. Jackson's death. The jury awarded the total amount of $20,120,000 to Anika Warner on behalf of her minor son Yanni Jackson. And the jury awarded the total amount of $7,587,930 to Vantrece Jackson as the surviving spouse of Walter Jackson. In accordance with the jury's damage awards and its 88 percent allocation of fault to Talos ERT, LLC:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Talos ERT, LLC is liable to Anika Warner on behalf of her minor son Yanni Jackson for the sum of **$17,705,600**, with post-judgment legal interest to run thereon from the date of entry of this judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Talos ERT, LLC is liable to Vantrece Jackson for the sum of **$6,677,378.40**, with post-judgment legal interest to run thereon from the date of entry of this judgment.

In line with Local Rule 54.3, Anika Warner on behalf of her minor son Yanni Jackson and Vantrece Jackson may move to tax costs within thirty days of the entry of this final judgment.

**THUS DONE AND SIGNED** in Chambers this 10th day of February, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**