**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ANIKA WARNER, ET AL.,** | * | |
| | * | **CIVIL NO.: 2:18-cv-01435-JDC-KK (LEAD)** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **TALOS ERT, LLC, ET AL.** | * | **MAG. JUDGE KATHLEEN KAY** |

***********************************

**FINAL JUDGMENT AS TO VANTRECE JACKSON'S CLAIMS**

This case was tried to a jury from January 20, 2023 through February 2, 2023. At the conclusion of the trial, the jury found that Talos ERT, LLC was negligent, at fault for the death of Walter Jackson, and bore 88% of the fault for Mr. Jackson's death. The jury awarded $7,587,930 to Vantrece Jackson as the surviving spouse of Walter Jackson. On March 28, 2025, the U.S. Fifth Circuit Court of Appeals vacated Vantrece Jackson's general damages award and remanded for redetermination of remittitur of the award.

On May 12, 2025, the trial court ordered the parties to submit supplemental memoranda addressing the appropriate remittitur for Mrs. Jackson (R. Doc. No. 313). On June 9, 2025, the Trial Court issued a Memorandum Order reducing Mrs. Jackson's general damages award to $1,115,808.70, accounting for Talos's 88% fault allocation. Mrs. Jackson has accepted this award as remitted in lieu of requesting a new trial on general damages.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Talos ERT, LLC is liable to Vantrece Jackson for the sum of $1,985,187.10, with post-judgment legal interest to run thereon from the date of entry of this judgment.

**THUS DONE AND SIGNED** in Chambers this 13th day of June, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**